IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DONER, on behalf of themselves and all others similarly situated; and MAGGY MATA, on behalf of themselves and all others similarly situated;<br><br>                Plaintiffs,<br><br>    vs.<br><br>J GILBERTS NE, LLC, a Texas limited liability company; and LANDRYS PAYROLL, INC., a Texas Corporation;<br><br>                Defendants. | 8:24CV325<br><br>MEMORANDUM AND ORDER |

This matter is before the Court sua sponte. The Court ordered arbitration in this case, Filing No. 26. There is a pending motion for a class action, Filing No. 22. The Court has stayed this case pending the outcome of arbitration, and accordingly, the Court will not address said motion. Filing No. 26. The Court will deny the motion, subject to reassertion, if appropriate, following arbitration.

THEREFORE, IT IS ORDERED THAT the motion for class certification, Filing No. 22, is denied and is subject to reassertion at a later date following the conclusion of arbitration, if appropriate.

Dated this 11th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge