IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAGGY MATA, on behalf of themselves and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>J GILBERTS NE, LLC, a Texas limited liability company; and LANDRYS PAYROLL, INC., a Texas Corporation;<br><br>Defendants. | **8:24CV325**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 41). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own attorneys' fees and costs.

Dated this 4th day of November, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge